UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 15-01991 (EGS) (GMH) |
| | ) |
| WALTER G. COPAN, in his official capacity as Director of the National Institute of Standards and Technology, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STATEMENT OF MATERIAL UNDISPUTED FACTS IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Defendants, by and through the undersigned counsel, respectfully submits this Statement of Undisputed Material Facts in Support of Defendants' Renewed Motion for Summary Judgment.

| **The Building Performance Study and Cole's Request** | | |
|---|---|---|
| | Defendants' Statement of Facts | Plaintiff's Counter-Statement of Facts |
| 1. | On May 21, 2011, Cole requested from FEMA "background or raw data used for the FEMA 403 Building Performance Study ["BPS"], concerning the World Trade Center[,]" including "photos, videos, audio, field notes, memorandums, and laboratory samples, etc." Defendant Exhibit ("DEX") 5 (COLE-15CV1991-FEMA-0005 – 09). | |
| 2. | The BPS was "produced by Greenhorne & O'Mara, Inc. (G&O) under Contract EMW-99-CO-0267 to the Federal Insurance and Mitigation Administration of FEMA." DEX 4, also *available at* https://www.fema.gov/pdf/library/fema403_cover-toc.pdf; DEX 1 (FEMA Tr. at 113:21-114:11). | |

1

| | | |
|---|---|---|
| 3. | A "team" of individuals outside of FEMA and the federal government contributed to the content of the BPS. DEX 4; DEX 6 (COLE-15CV1991-NIST-0008). | |
| 4. | G&O compiled background data from those BPS team members who provided such data to G&O. DEX 1 (FEMA Tr. at 114:12-20; 116:14-19); DEX 6 (COLE-15CV1991-NIST-0008). | |
| 5. | All of the BPS background data that had been collected by G&O were transferred to NIST on behalf of FEMA in 2002. DEX 1 (FEMA Tr. at 120:20-121:19; 132:17-19; 134:13-17; 135:15-136:21; 140:12-141:1; 151-153:2); Neuschaefer Decl. Ex. B (ECF No. 23-2); DEX 6; DEX 7 (COLE-15CV1991-NIST-0001– 0002). | |
| 6. | On May 29, 2002, BPS background data was transferred to NIST by G&O on behalf of FEMA in three or four boxes. DEX 7 (COLE-15CV1991-NIST-0001–0002); DEX 6 (COLE-15CV1991-NIST-0008); DEX 1 (FEMA Tr. at 135:15-136:6; 140:8-141:1). | |
| 7. | The contents of the BPS background data transferred in May 2002 by G&O to NIST appears on an inventory drafted by T. McAllister, dated June 11, 2002. DEX 7 COLE-15CV1991-NIST-0001–0002); DEX 1 (FEMA Tr. at 123:3-124:14; 139:22-140:7; 153:7-14); DEX 3 (Beall Tr. at 10:6-11:1). | |
| 8. | Two additional CDs of photographs used in the BPS were provided to NIST by G&O in November 2002. DEX 8 (COLE-15CV1991-NIST-0021). | |
| **FEMA Search** | | |
| 9. | Each FEMA program office and region has its own FOIA Point of Contact who is a subject matter expert (or "SME") with respect to the types of files and records within that program office or region. DEX 9 (FEMA Interrogatory Response at 3). | |

2

| | | |
|---|---|---|
| 10. | The FOIA Point of Contact will determine, based on their own knowledge and on consultations with record custodians within that office, if the office or region is reasonably likely to possess responsive documents to a given FOIA request. DEX 9 (FEMA Interrogatory Response at 3). | |
| 11. | Upon receiving Cole's BPS FOIA request, the FEMA Disclosure Branch assigned it FOIA #11-558 and tasked searches to FEMA's Region II, Office of External Affairs, and Federal Insurance and Mitigation Administration ("Mitigation" or "FIMA"). DEX 10 (COLE-15CV1991-FEMA-0010). | |
| 12. | On May 26, 2011, the FEMA Disclosure Branch tasked FEMA External Affairs with a search for the requested records. DEX 11 (COLE-15CV1991-FEMA-0073-78). | |
| 13. | External Affairs was tasked with this search because it maintained World Trade Center photos on a public FEMA website, which were related to previous FOIA requests of Plaintiff, and to determine if External Affairs had any involvement with the BPS. DEX 12 (COLE-15CV1991-FEMA-0052). | |
| 14. | On May 27, 2011, External Affairs FOIA Point of Contact Jennie Raab Barnes responded that External Affairs did not possess the records requested by Plaintiff (beyond any that might be photos on FEMA's public website). DEX 13 (COLE-15CV1991-FEMA-0038). | |
| 15. | On May 26, 2011, the Disclosure Branch tasked Region II, the FEMA office that services New York, with a search for the requested records. DEX 14 (COLE-15CV1991-FEMA-0061-66). | |
| 16. | Region II was tasked with this search because it is the FEMA office that services New York, the geographic location of the incident leading to the creation of the FEMA 403 Building Performance Study occurred. DEX 9 (FEMA Interrogatory Response at 3-4). | |

| | | |
|---|---|---|
| 17. | It is standard practice for the Disclosure Branch to task searches to any regional office that encompassed the geographic area where the incident at issue in the request occurred. DEX 9 (FEMA Interrogatory Response at 4). | |
| 18. | On June 21, 2011, Region II FOIA Point of Contact William Douglass responded that Region II did not possess the records sought in Plaintiff's FOIA request and recommended that "FEMA HQ" be contacted for a search. DEX 15 (COLE-15CV1991-FEMA-0041-44). | |
| 19. | Mr. Douglass had previously informed the Disclosure Branch that that Region II "ha[s] no records regarding the investigation into the World Trade Center event." DEX 16 (COLE-15CV1991-FEMA-0094). | |
| 20. | On May 26, 2011, the Disclosure Branch tasked Federal Insurance and Mitigation Administration (FIMA or Mitigation) with a search for the requested records. DEX 17 (COLE-15CV1991-FEMA-0067-72). | |
| 21. | Mitigation was tasked with this search because the subject of the BPS suggested Mitigation could be involved. DEX 9 (FEMA Interrogatory Response at 4). | |
| 22. | On December 19, 2011, Kathryn Hinkley, a Mitigation Program FOIA Point of Contact, informed the Disclosure Branch, that Mitigation reported that "all" information responsive to Plaintiff's FOIA request "was sent to NIST about 8 years ago." DEX 18 (COLE-15CV1991-FEMA-0011-17). | |
| 23. | Paul Tertell, now retired, was a member of FEMA's Mitigation Branch and was the FEMA Project Officer for the BPS. DEX 9 (FEMA Interrogatory Response at 6). | |

4

| | | |
|---|---|---|
| 24. | Paul Tertell was consulted as part of the Disclosure Branch's search for responsive records and Mitigation's determination that "all" records responsive to Cole's FOIA request had been transferred to NIST. DEX 9 (FEMA Interrogatory Response at 6); DEX 18 (COLE-15CV1991-FEMA-0017). | |
| 25. | Paul Tertell was also consulted as part of the Disclosure Branch's review of the records collected by NIST and sent to FEMA for FEMA's review regarding releasing records to Cole. Neuschaefer Decl. Ex. B (ECF No. 23-2). | |
| 26. | Based on its determination that FEMA did not currently possess the requested records and that NIST was in the possession of those records, on December 23, 2011, FEMA forwarded Cole's FOIA request to NIST for processing. DEX 19 (COLE-15CV1991-FEMA-0001-06). | |
| **NIST Search** | | |
| 27. | On December 23, 2011, Catherine Fletcher, the NIST FOIA Officer, received a FOIA referral from FEMA for Cole's request for "all background or raw data used for the FEMA 403 Building Performance Study, concerning the World Trade Center, specifically, to include, the photos, videos, audio, field notes, memorandums, and laboratory samples, etc." DEX 20 (COLE-15CV1991-NIST-0064–0069). | |
| 28. | On December 28, 2011, NIST FOIA Analyst Darla Yonder tasked the request to NIST's Engineering Laboratory (designated FOIA #12-057), the division of NIST responsible for studying building collapses under the National Construction Safety Team Act ("NCSTA") and the division that received materials related to the building collapses at the World Trade Center. DEX 21 (NIST Response at 4); DEX 22 (COLE-15CV1991-NIST-0003 – 0007). | |

5

| | | |
|---|---|---|
| 29. | Based on its experience with other FOIA requests relating to the collapse of the World Trade Center, its consultation with subject matter experts, and the Engineering Laboratory's involvement in NIST's own study of the World Trade Center collapse, the NIST FOIA office tasked the request to the Engineering Laboratory as the office most likely to possess the requested records. DEX 21 (NIST Response at 4, 8, 11, 12); DEX 2 (Fletcher Tr. 10:20-12:22; 25:14-27:17; 69:2-14). | |
| 30. | NIST's Engineering Laboratory maintains a database of "all materials received as part of its investigation into the failure of the World Trade Center buildings," which includes the BPS records transferred on FEMA's behalf by G&O in 2002. DEX 21 (NIST Response at 3, 9-10). | |
| 31. | Materials received by NIST for its own investigation into the World Trade Center collapse "were assigned a tracking number and logged into [the WTC] database." DEX 21 (NIST Response at 3); DEX 3 (Beall Tr. at 14:14-18; 24:9-25:6). | |
| 32. | Dr. William Grosshandler, the Engineering Laboratory's Deputy Director, consulted with subject matter experts John Gross, Eric Letvin, and Therese McAllister regarding the referred FOIA request. DEX 6 (COLE-15CV1991-NIST-0009). | |
| 33. | Eric Letvin and Therese McAllister provided NIST with background information about the records sought in Cole's request based on their previous employment with Greenhorne & O'Mara and their work on the BPS. DEX 6 (COLE-15CV1991-NIST-0008–0009). | |
| 34. | Letvin confirmed that Cole's FOIA request seeks the "data given to NIST by FEMA" in 2002 that had been collected by G&O. DEX 6 (COLE-15CV1991-NIST-0008). | |

6

| | | |
|---|---|---|
| 35. | McAllister agreed that Letvin "provide[d] a good summary" of the BPS records "transferred to NIST" being sought by Cole. DEX 6 (COLE-15CV1991-NIST-0008). | |
| 36. | McAllister had prepared an inventory, dated June 11, 2002, of records that had "delivered to NIST from [Greenhorne & O'Mara], on behalf of FEMA[.]"  DEX 23 (COLE-15CV1991-NIST-0019–0020); DEX 3 (Beall Tr. at 19:1-11). | |
| 37. | Kellie Beall, NIST Information Specialist, conducted the search of the Engineering Laboratory guided by McAllister's June 11, 2002, inventory of materials "delivered to NIST from [Greenhorne & O'Mara], on behalf of FEMA[.]"  DEX 23 (COLE-15CV1991-NIST-0019–0020); DEX 3 (Beall Tr. at 9:17-11:1). | |
| 38. | Beall searched for the records in "the WTC database" using the available fields in the database (such as "title," "received from," "owner," "document type," etc.) until Beall was "able to find something that [she] believed matched the item [she] was looking for." DEX 3 (Beall Tr. at 14:4-16:8). | |
| 39. | The WTC database identified where the item was being stored, and Beall retrieved and reviewed the item "to further confirm whether or not [she] believed that was the item in question." DEX 3 (Beall Tr. at 15:9-15). | |
| 40. | Beall checked off every item that she located and noted the NIST file name associated with that item. DEX 3 (Beall Tr. at 16:16-17-10); DEX 23 (COLE-15CV1991-NIST-0019–0020). | |
| 41. | Beall found all but two items ("WTC Tenant Lists" and "Draft WTC Building Survey Report by Guy Nordensen Associates") on the June 11, 2002, McAllister inventory. DEX 3 (Beall Tr. at 16:16-17-10); DEX 23 (COLE-15CV1991-NIST-0019–0020). | |

| | | |
|---|---|---|
| 42. | Beall transferred to the FOIA office all records she collected by personally delivering the records on CDs or DVDs. DEX 3 (Beall Tr. 17:11-18:22; 31:18-32:3; 46:14-47:1). | |
| 43. | NIST referred the request back to FEMA, providing copies of all BPS records it had located that NIST had received from FEMA. Fletcher Decl. ¶¶ 7, 9-11, 13-15 (ECF No. 23-3); DEX 2 (Fletcher Tr. at 32:20-33:2). | |
| 44. | NIST also produced directly to Cole BPS records that it determined were already in the public domain: 2,435 images and 83 video files were provided on February 7, 2012, and 269 pages of FEMA records were provided on February 15, 2013. Fletcher Decl. ¶¶ 8, 12. | |

Dated: July 29, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

  /s/ Sean Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-2533
Sean.Tepe@usdoj.gov

*Counsel for Defendants*