UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 15-01991 (EGS) (GMH) |
| | ) |
| WALTER G. COPAN, in his official capacity as Director of the National Institute of Standards and Technology, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Renewed Motion for Summary Judgment, the memoranda in support thereof and in opposition thereto, and the entirety of this case, it is hereby ORDERED that Defendants' Motion is GRANTED.

It is further ORDERED that judgment is awarded to Defendants on all claims in this action.

It is further ORDERED that the Clerk of Court shall close this case.

SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE